■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE J. PELTIER, Appellant. (Appeal No. 1.) [986 NYS2d 372]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered January 7, 2010. The judgment convicted defendant, upon her plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE J. PELTIER, Appellant. (Appeal No. 2.) [986 NYS2d 372]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered April 1, 2010. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDRAS ELIAS HERNANDEZ, Appellant. [986 NYS2d 372]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered August 27, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.